UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. FRANCIS SADOWSKI | ) | |
| Plaintiff, | ) | Case No. |
| v. | ) | Judge: FILED: JUNE 4, 2008 |
| | ) | 08CV 3225 NF |
| OCO BIOMEDICAL, INC., | ) | JUDGE GRADY |
| and JOHN DOES 1-10, | ) | MAGISTRATE JUDGE ASHMAN |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL TO FEDERAL COURT
### BASED ON FEDERAL QUESTION JURISDICTION

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendant, OCO BIOMEDICAL, INC, by and through its attorneys, Eric L. Samore and Darren P. Grady of SmithAmundsen LLC, hereby submits this Notice of Removal to the United States District Court for the Northern District of Illinois, Eastern Division, of the above-styled action, pending as Case No. 08 CH 15685 in the Circuit Court of Cook County, Illinois. In support of this petition and as grounds for removal, Defendant states as follows:

1. On or about April 28, 2008, Plaintiff, Dr. Francis Sadowski ("Plaintiff") filed this action in the Circuit Court of Cook County, Illinois, styled, <u>Dr. Francis Sadowski. v. OCO Biomedical, Inc</u>. Case No. 08 CH 15685. No proceedings have occurred in the Circuit Court of Cook County as of the date of this removal.

2. A copy of Plaintiff's Class Action Complaint and Summons were served on Defendant on or after May 8, 2008.

3. The Class Action Complaint alleges three causes of action based on an alleged transmission from Defendant to Plaintiff of a purported unsolicited facsimile advertisement. Specifically, the Class Action Complaint contains the following claims: violation of the

Telephone Consumer Protection Act, 47 U.S.C. Section 227 ("TCPA"), violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2 ("ICFA"), and conversion. Plaintiff brings these claims on behalf of a class of persons. (*See* **Exhibit A** attached hereto.)

4. This case is a civil action of which the United States District Court for the Northern District of Illinois has original jurisdiction under the provisions of 28 U.S.C. § 1331 because Plaintiff has alleged a cause of action under the TCPA, as indicated by not only Count I but by the "Introduction" to the Class Action Complaint. *See Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 449-51 (7th Cir. 2005).

5. Removal to this federal court is authorized by 28 U.S.C. § 1441. The Seventh Circuit has held in another TCPA-based lawsuit that TCPA actions are removable under 28 U.S.C. § 1441 because a claim pursuant to the TCPA arises under federal law. *Brill*, 427 F.3d at 449-51 (stating that removal of the TCPA action was authorized by Section 1441 and allowed by 47 U.S.C. § 227(b)(3)).

6. This Court has supplemental jurisdiction over Plaintiff's ICFA and conversion claims because they form part of the same case or controversy as the alleged TCPA violation. *See* 28 U.S.C. § 1367. Plaintiff's claims do not raise novel or complex issues of Illinois law nor do Plaintiff's state law claims predominate over its federal TCPA claim. *See* 28 U.S.C. § 1367(c). This Court also has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1441(c).

7. There are no other defendants named in this action.

8. Defendant attaches, as **Exhibit A** to this Notice of Removal to Federal Court Based on Federal Question Jurisdiction, copies of the Class Action Complaint, together with

summons, and any documentation of process served. At the time of filing this Notice of Removal to Federal Court, no other processes, pleadings, or orders, other than the documents attached hereto, have been served upon Defendant. Plaintiff has not yet requested a trial by jury as indicated by the Class Action Complaint.

9. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b), as it is filed within 30 days after Defendant was served with the Summons and Class Action Complaint, which sets forth the claims upon which the Notice of Removal is based. *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354, 119 S. Ct. 1322, 1328 (1999).

10. Written notice of this Notice of Removal is being served upon plaintiff, and a copy of the Notice of Removal is being filed with the Circuit Court of Cook County, Illinois. The Circuit Court of Cook County, Illinois, is located within this District and Division.

WHEREFORE, Defendant, OCO BIOMEDICAL, INC., petitions that the above-entitled action be removed and transferred from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

By: _____
Attorney for Defendant

Eric L. Samore, ARDC # 6181345
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN, L.L.C.
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200